AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00195 |
| Jarrett Carl Scott | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 6/4/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jarrett Carl Scott,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - obstructing officers during a civil disorder;
18 U.S.C. §1752(a)(1) - entering or remaining in restricted buildings or grounds;
18 U.S.C. § 1752(a)(2) - disorderly or disruptive conduct in a restricted building or grounds;
18 U.S.C. § 1752(a)(4) - engaging in violence in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - disorderly or disruptive conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - physical violence in Capitol Building or Grounds;
18 U.S.C. § 111(a)(1) - assaulting, resisting, or impeding certain officers.

Date:   06/04/2024

*Issuing officer's signature*   Zia M. Faruqui

City and state:  Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                           *Printed name and title*

---

### Return

This warrant was received on (date) 06/04/2024, and the person was arrested on (date) 06/05/2024
at (city and state) Saylorsburg, PA.

Date: 06/05/2024

*Arresting officer's signature*

Robert Cariola  Special Agent
*Printed name and title*